| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | The Honorable Benjamin Settle |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JERRY LYNN DAVIS, | NO. 3:20-cv-05433-BHS |
| Plaintiff, | STIPULATED MOTION |
| v. | AND |
| DEPARTMENT OF CORRECTIONS; SASHA BANGS; JASON BUTZ; MICHAEL FURST; Corrections Sargent HULL; MARCI NEWLON; Grievance Coordinator T. PLEINES; AARON POLLARD; ELIZABETH ZEIGER; and Defendants DOE 1-7, | ORDER |
| | NOTED ON MOTION CALENDAR: |
| | May 6, 2021 |
| Defendants. | |

For good cause shown the Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); see also LCR 16(b)(6). The "good cause" standard primarily considers the diligence of the party seeking the amendment. See *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992).

The undersigned parties request the Court extend the deadline to complete discovery thirty-one days from July 12, 2021, to **August 12, 2021**, and, given extension of the foregoing

STIPULATED MOTION AND ORDER
NO. 3:20-cv-05433-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 389-3898

deadline would overtake the currently scheduled deadline to file dispositive motions (8/11/2011) that the Court extend the deadline to file dispositive motions by two weeks to **August 25, 2021**.

Because of the continued operational problems associated with the COVID-19 pandemic including but not limited to personnel changes and furloughs within the Department of Corrections and Office of the Attorney General (Dkt # 29, # 38), discovery has been slower than anticipated among all undersigned parties. Specifically, several attorneys of the Office of the Attorney General who appeared on behalf of Defendants Department of Corrections, Bangs, Butz, Hull, Newlon, Pleines, and Pollard (collectively the "Defendants") resigned and/or retired from this matter throughout 2020 which significantly delayed discovery efforts between Plaintiff and Defendants.

Also, operational problems associated with the COVID-19 pandemic have continued to cause Defendant DOC to incur considerable slowdowns and delays in obtaining and compiling requested information and documents sought by Plaintiff across DOC's various facilities during the first and second quarters of 2021. Additionally, Plaintiff requested information and documents from Defendants entailing the potential production of information subject to confidentiality, privacy concerns, and/or the security privilege, resulting in motion practice over the past several months, which, though necessary, resulted in delayed discovery.

Further, the parties anticipate taking depositions of multiple fact witnesses and experts within the next two months but face scheduling issues even with the exercise of reasonable diligence. The parties would benefit from having additional time to schedule depositions on dates that work with the deponents' schedules and that of all counsel.

///

///

///

///

///

///

STIPULATED MOTION AND ORDER
NO. 3:20-cv-05433-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 389-3898

Therefore, the undersigned parties hereby request that the Court continue the deadline to complete discovery by thirty-one days to **August 12, 2021**, and continue the deadline to file dispositive motions by two weeks to **August 25, 2021**.

IT IS SO STIPULATED this 6th day of May, 2021

| **Washington State Office of the Attorney General** | **Law Office of Jackson Millikan PLLC** |
|---|---|
| By: s/Brian Hong<br>    Andrew Biggs, WSBA # 11746<br>    Brian Hong, WSBA # 56085<br>    Torts Division<br>    800 Fifth Avenue, Ste. 2000<br>    Seattle, WA 98104-3188<br>    Andrew.Biggs@atg.wa.gov<br>    Brian.Hong@atg.wa.gov<br>    (206) 464-7352<br>    Attorneys for Defendants the Department of Corrections, Bangs, Butz, Hull, Newlon, Pleines and Pollard | By: s/Jackson Millikan (per email authorization received on 5/6/2021)<br>    Jackson Millikan, WSBA # 47786<br>    Law Office of Jackson Millikan<br>    2540 Kaiser Road NW<br>    Olympia, WA 98502<br>    Jackson@millikanlawfirm.com<br>    (360) 866-3556<br>    Attorney for Plaintiff |
| | **FAVROS Law Firm**<br><br>By: s/Philip VanDerhoef (per email authorization received on 5/6/2021)<br>    Philip VanDerhoef, WSBA # 14564<br>    Caitlyn Spencer, WSBA # 51437<br>    Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC<br>    701 Fifth Avenue, Ste. 4750<br>    Seattle, WA 98104<br>    phil@favros.com<br>    caitlyn@favros.com<br>    (206) 957-2038<br>    Attorneys for Defendant Furst |

STIPULATED MOTION AND ORDER
NO. 3:20-cv-05433-BHS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 389-3898

**ORDER**

This matter having been presented by the stipulating parties, the Court being fully advised, it is hereby ORDERED that the Deadline to Complete Discovery shall be **August 12, 2021**, and that the Deadline to file Dispositive Motions will be **August 25, 2021**.

Dated this 11th day of May, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

**Washington State Office of the Attorney General**

By: s/Brian Hong
Andrew Biggs, WSBA # 11746
Brian Hong, WSBA # 56085
Torts Division
800 Fifth Avenue, Ste. 2000
Seattle, WA 98104-3188
Andrew.Biggs@atg.wa.gov
Brian.Hong@atg.wa.gov
(206) 464-7352
Attorneys for the Department and Defendants Bangs, Butz, Hull, Newlon, Pleines and Pollard

STIPULATED MOTION AND ORDER
NO. 3:20-cv-05433-BHS

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 389-3898